934 A.2d 1148

COMMONWEALTH of Pennsylvania, Respondent,

v.

Crystal Dawn WEIMER, Petitioner.

Supreme Court of Pennsylvania.

Oct. 1, 2007.

## ORDER

PER CURIAM.

AND NOW, this 1st day of October, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether it is possible, as a matter of law, to be convicted of conspiracy to commit murder in the third degree?